2007 FEB 28 PM 4:16

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2006 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | CR No. 07-00139 |
| Plaintiff, | ) ) | I N D I C T M E N T |
| v. | ) ) ) | [18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 1546(a): Visa |
| DANIEL E. KORENBERG and STEVEN JAMES RODRIGUEZ, | ) ) ) ) | Fraud; 18 U.S.C. § 1001: False Statement; 18 U.S.C. § 2(b): Causing an Act to be Done] |
| Defendants. | ) ) ) ) | |
| | ) | |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

A.   DEFINITIONS

1.   Korenberg, Abramowitz & Feldun, a Law Corporation ("KAF"), was a California corporation engaged in the practice of immigration law.

2.   Defendant DANIEL E. KORENBERG ("KORENBERG") was an attorney licensed by the State Bar of California, employed by

MCA:mca

KAF. Defendant KORENBERG also was the President of KAF.

3. Defendant STEVEN JAMES RODRIGUEZ ("RODRIGUEZ") was an attorney licensed by the State Bar of California, employed by KAF.

4. Coconspirator Philip Dennis Abramowitz ("Abramowitz") was an attorney licensed by the State Bar of California, employed by KAF. Coconspirator Abramowitz also was the Secretary and a Director of KAF.

5. Coconspirator Heidi Poepping ("Poepping") was a supervising paralegal employed by KAF.

6. The Immigration and Naturalization Service ("INS") was a division of the United States Department of Justice.

7. The term "alien," as used in this Indictment, refers to an individual who was not a United States citizen. Throughout this Indictment, individual aliens are referred to by their initials.

B. PROCEDURES FOR OBTAINING EMPLOYMENT-BASED VISAS

8. Aliens present in the United States on a B-2 visitor visa ("visitor visa") could not be employed legally in the United States. A visitor visa was valid for up to six months and could be extended for an additional six month period by filing an Application to Extend/Change Nonimmigrant Status, Form I-539 ("I-539").

9. Employers were permitted to employ aliens on a temporary basis to fill a "specialty occupation." Under INS regulations, a specialty occupation was a job that generally required a college degree, or substantial prior experience that could be equated to a college degree. The Department of Labor ("DOL") set specific

prevailing wage rates for specific occupations, based on geographic location. An employer was required to pay an alien hired to work in a specialty occupation within five percent of the prevailing wage rate set by the DOL. Neither a paralegal nor legal assistant job position qualified as a specialty occupation, since neither job position required a college degree.

10. The following procedures existed for employers seeking to employ an alien in the United States for a limited period of time:

a. The employer would file with the DOL a Labor Condition Application, also known as an "ETA-9035," which set forth, among other items, the name of the employer, job title, and rate of pay.

b. Once the ETA-9035 was approved by the DOL, the employer would file with the INS a Petition for a Nonimmigrant Worker, Form I-129 ("I-129 petition"). Along with the I-129 petition, the employer would submit an approved ETA-9035 and an offer of employment letter. The offer of employment letter contained a detailed description of the specific job requirements of the job for which the alien was being hired, and the alien's qualifications.

c. If the INS approved the I-129, the alien was granted a temporary employment visa, commonly referred to as an "H-1B visa," which could be valid for up to three years and extended for up to three more years. Under an H-1B visa, the alien was permitted to work only for the employer who signed the I-129 petition. An alien who worked elsewhere violated the conditions of the visa, and was, therefore, subject to

3

deportation.

11. The following procedures existed for employers seeking to employ an alien in the United States on a permanent basis:

a. The employer would file with the DOL a Labor Certification Form, also known as an "ETA-750," which set forth, among other items, the name of the employer, job title, rate of pay, qualifications of the alien, and the alien's work experience.

b. Once the ETA-750 was approved by the DOL, the employer would file with the INS an Immigrant Petition for Alien Worker, Form I-140 ("I-140 petition"). Along with the immigrant petition, the employer would submit an approved ETA-750.

c. If the INS approved the I-140 petition, the alien could apply to the INS for permanent resident alien status by filing an Adjustment of Status Petition, Form I-485 ("I-485 petition"). The I-485 petition included INS Form G-325A, which set forth the alien's job experience for the past five years.

d. If the INS granted an alien permanent resident alien status, the alien was permitted to live and work in the United States indefinitely.

C.   INCORPORATION BY REFERENCE

These introductory allegations are hereby incorporated by reference into each count of this Indictment.

//
//
//
//
//

4

COUNT ONE

[18 U.S.C. § 371]

A.    OBJECTS OF THE CONSPIRACY

Beginning in or about 2000 and continuing to at least in or about February 2003, in Los Angeles County, within the Central District of California, defendants DANIEL E. KORENBERG ("KORENBERG"), STEVEN JAMES RODRIGUEZ ("RODRIGUEZ"), coconspirators Philip Dennis Abramowitz and Heidi Poepping, and others known and unknown the Grand Jury, conspired and agreed with each other to commit offenses against the United States, namely, to knowingly subscribe as true, present, and cause to be presented, to the United States Department of Labor ("DOL") and Immigration and Naturalization Service ("INS") applications, petitions, and documents required by the immigration laws and regulations prescribed thereunder that contained false and fraudulent statements with respect to material facts, in violation of Title 18, United States Code, Sections 1001 and 1546(a).

B.    MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished, in substance, as follows:

1.    Defendants KORENBERG, RODRIGUEZ, coconspirator attorney Abramowitz, and other employees of KAF would interview aliens seeking temporary employment visas or permanent residence status in the United States, and offer to file petitions with the DOL and INS on their behalf.

2.    Defendants KORENBERG, RODRIGUEZ, and coconspirator

5

attorney Abramowitz would hire some of the aliens to work as paralegals and legal assistants at Korenberg, Abramowitz & Feldun ("KAF").

3.   Defendant KORENBERG would pay aliens working at KAF in cash, without reporting the cash payments to the state or federal governments, to avoid detection.

4.   Defendants KORENBERG, RODRIGUEZ, coconspirator attorney Abramowitz, coconspirator Poepping, and employees of KAF would knowingly present, and cause to be presented, to the INS immigrant petitions, nonimmigrant petitions, and supporting documents on behalf of aliens that contained false, fictitious and fraudulent statements as to the following material facts:

a.   The nature of the alien's prospective employment;

b.   The wage to be paid to the alien; and

c.   The alien's employment history.

5.   Defendants KORENBERG, RODRIGUEZ, and coconspirator attorney Abramowitz would knowingly sign as true, under the penalty of perjury, false and fraudulent immigrant and nonimmigrant petitions and supporting documents on behalf of aliens that were presented to the INS and DOL.

C.   OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, on or about the following dates, defendants KORENBERG, RODRIGUEZ, coconspirator attorney Abramowitz, coconspirator Poepping, and KAF employees, both known and unknown to the Grand Jury, committed the following overt acts, among others, in Los Angeles County, within the Central District of California, and elsewhere:

6

Alien M.S.

1.    In or about November 2000, defendant KORENBERG and coconspirator attorney Abramowitz interviewed alien M.S. for a job at KAF as a paralegal.

2.    From in or about November 2000, and continuing to in or about May 2003, defendant KORENBERG and coconspirator attorney Abramowitz employed alien M.S. as a paralegal at KAF.

3.    On or about November 29, 2000, coconspirator attorney Abramowitz knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien M.S. that falsely stated that alien M.S. would be employed by KAF as a market research analyst, and paid at a rate of $17.78 per hour.

4.    On or about December 11, 2000, coconspirator attorney Abramowitz knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien M.S. that falsely stated that alien M.S. would be employed by KAF as a market research analyst, and paid at a rate of $17.78 per hour.

5.    On or about April 26, 2001, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-750 on behalf of alien M.S. that falsely stated that alien M.S. was unemployed during the time period March 2000 to April 26, 2001.

6.    On or about January 29, 2002, defendant KORENBERG signed and caused to be filed with the INS a Form I-140 and an approved ETA-750 that falsely stated that alien M.S. had been unemployed from April 2000 to April 26, 2001.

7.    On or about October 18, 2002, defendant KORENBERG caused to be filed with the INS an I-485 and Form G-325A, that falsely stated that alien M.S. had been employed as a market research

analyst by KAF from June 2001 to October 18, 2002.

8. During the time period beginning in or about November 2000, and continuing to in or about June 2001, defendant KORENBERG paid alien M.S. in cash.

Alien J.S.

9. From in or about July 2001, and continuing to in or about June 2003, defendant KORENBERG and coconspirator attorney Abramowitz employed alien J.S. as a paralegal at KAF.

10. On or about July 24, 2001, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien J.S. that falsely stated that alien J.S. would be employed by KAF as a human resource specialist, and paid at a rate of $23.21 per hour.

11. On or about July 24, 2001, defendant KORENBERG knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien J.S. that falsely stated that alien J.S. would be employed by KAF as a human resource specialist, and paid at a rate of $23.21 per hour.

12. On or about July 25, 2001, defendant KORENBERG signed a job offer letter stating that alien J.S. would be employed by KAF as a human resource specialist and paid at a rate of $23.51 per hour.

13. During the time period beginning in or about July 2001, and continuing to in or about October 2001, defendant KORENBERG paid alien J.S. in cash.

Alien M.L.

14. In or about February 2001, defendant KORENBERG interviewed alien M.L. for a job at KAF as a legal assistant.

8

15. From in or about February 2001, and continuing to in or about 2005, defendant KORENBERG and coconspirator attorney Abramowitz employed alien M.L. as a legal assistant at KAF.

16. On or about February 27, 2001, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien M.L. that falsely stated that alien M.L. would be employed by KAF as a systems analyst/programmer, and paid at a rate of $23.51 per hour.

17. On or about March 1, 2001, defendant KORENBERG signed a job offer letter stating that alien M.L. would be employed by KAF as a systems analyst/programmer and paid at a rate of $23.51 per hour.

18. On or about March 26, 2001, defendant KORENBERG knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien M.L. that falsely stated that alien M.L. would be employed by KAF as a systems analyst/programmer.

19. On or about April 27, 2001, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-750 on behalf of alien M.L. that falsely stated that alien M.L. was unemployed from September 2000 to April 27, 2001.

20. On or about January 29, 2002, defendant KORENBERG signed and caused to be filed with the INS a Form I-140 and an approved ETA-750 falsely stating that alien M.L. had been unemployed from September 2000 to April 27, 2001.

21. On or about July 1, 2002, defendant KORENBERG signed and caused to be filed with the INS an I-485 and Form G-325A that falsely stated that alien M.L. had been employed as a systems analyst by KAF from June 2001 to July 1, 2002.

22.   During the time period beginning in or about February 2001, and continuing to in or about June 2001, defendant KORENBERG paid alien M.L. in cash.

Alien C.S.

23.   In or about December 2000 or January 2001, defendant KORENBERG interviewed alien C.S. for a job at KAF as a legal secretary.

24.   From in or about January 2001, and continuing to in or about September 2001, defendant KORENBERG and coconspirator attorney Abramowitz employed alien C.S. as a legal secretary at KAF.

25.   On or about February 6, 2001, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien C.S. that falsely stated that alien C.S. would be employed by KAF as a management consultant, and paid at a rate of $17.00 per hour.

26.   On or about February 6, 2001, defendant KORENBERG signed a job offer letter stating that alien C.S. would be employed by KAF as a management consultant, and paid at a rate of $17.00 per hour.

27.   On or about March 7, 2001, defendant KORENBERG knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien C.S. that falsely stated that alien C.S. would be employed by KAF as a management consultant/legal management, and paid at a rate of $17.00 per hour.

28.   During the time period beginning in or about January 2001, and continuing to in or about May 2001, defendant KORENBERG paid alien C.S. in cash.

Alien T.B.

29. In or about December 2000, coconspirator attorney Abramowitz interviewed alien T.B. for a job at KAF as a paralegal.

30. From or about December 2000, and continuing to in or about December 2003, defendant KORENBERG and coconspirator attorney Abramowitz employed alien T.B. as a paralegal at KAF.

31. On or about December 27, 2000, coconspirator attorney Abramowitz knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien T.B. that falsely stated that alien T.B. would be employed by KAF as an accountant, and paid at a rate of $18.30 per hour.

32. On or about December 28, 2000, coconspirator attorney Abramowitz signed a job offer letter stating that alien T.B. would be employed by KAF as an accountant, and paid at a rate of $18.30 per hour.

33. On or about December 28, 2000, coconspirator attorney Abramowitz knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien T.B. that falsely stated that alien T.B. would be employed by KAF as an accountant, and paid at a rate of $18.30 per hour.

34. On or about April 26, 2001, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-750 on behalf of alien T.B. that falsely stated that alien T.B. was unemployed during the time period from April 2000 to April 26, 2001.

35. On or about January 29, 2002, defendant KORENBERG signed and caused to be filed with the INS a Form I-140 and an

11

approved ETA-750 that falsely stated that alien T.B. had been unemployed from April 2000 to April 26, 2001.

36.  On or about July 1, 2002, defendant KORENBERG signed and caused to be filed with the INS an I-485 and Form G-325A that falsely stated that alien T.B. had been employed as an accountant by KAF from August 2001 to July 1, 2002.

37.  During the time period beginning in or about December 2000, and continuing to in or about August 2001, defendant KORENBERG paid alien T.B. in cash.

Alien R.D.

38.  In or about June 2001, and continuing to in or about April 2005, defendant KORENBERG and coconspirator attorney Abramowitz employed alien R.D. as a paralegal at KAF.

39.  On or about April 18, 2001, defendant KORENBERG signed and caused to be filed with the DOL an ETA-750 on behalf of alien R.D. that falsely stated that alien R.D. would be paid at a rate of $26.05 per hour while employed at KAF.

40.  On or about June 1, 2001, coconspirator attorney Abramowitz signed and caused to be filed with the INS a Form I-129 on behalf of alien R.D. that falsely stated that alien R.D. would be employed by KAF as a management analyst/consultant.

41.  On or about October 18, 2001, defendant KORENBERG signed and caused to be filed with the INS a Form I-140, that falsely stated that alien R.D. would be paid at a rate of $26.05 per hour while employed at KAF.

42.  On or about March 6, 2002, defendant KORENBERG signed a letter that stated that alien R.D. would be paid at a rate of $27.05 per hour while employed at KAF.

12

43. On or about March 12, 2002, defendant KORENBERG signed and caused to be filed with the INS an I-485 that falsely stated that alien R.D. had been employed at KAF as a public relations specialist.

44. On or about March 12, 2002, defendant KORENBERG caused to be filed with the INS a Form G-325A that falsely stated that alien R.D. had been employed at KAF from September 2001 through March 12, 2002 as a management consultant.

Alien B.G.

45. In or about July 2000, coconspirator attorney Abramowitz interviewed alien B.G. for a job at KAF as a paralegal.

46. From or about August 2000, and continuing to all times relevant to this Indictment, defendant KORENBERG and coconspirator attorney Abramowitz employed alien B.G. as a paralegal at KAF.

47. On or about August 4, 2000, coconspirator attorney Abramowitz knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien B.G. that falsely stated that alien B.G. would be employed by KAF as a foreign legal consultant, and paid at a rate of $15.87 per hour.

48. On or about August 7, 2000, coconspirator attorney Abramowitz signed a job offer letter stating that alien B.G. would be employed by KAF as a foreign legal consultant and legal researcher, and paid at a rate of $15.87 per hour.

49. On or about August 14, 2000, coconspirator attorney Abramowitz knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien B.G. that falsely stated that alien

13

B.G. would be employed by KAF as a foreign legal consultant and legal researcher, and paid at a rate of $15.87 per hour.

50. On or about October 16, 2000, defendant KORENBERG knowingly signed and caused to be filed an I-539 on behalf of alien B.G. which falsely stated that alien B.G. had not been employed in the United States since last admitted.

51. On or about April 26, 2001, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-750 on behalf of alien B.G. that falsely stated that alien B.G. was unemployed during the time period from April 2000 to January 2001.

52. On or about February 8, 2002, defendant KORENBERG signed and caused to be filed with the INS a Form I-140 and an approved ETA-750 that falsely stated that alien B.G. was unemployed during the time period April 2000 to January 2001.

53. On or about August 5, 2002, defendant KORENBERG caused to be filed with the INS an I-485 and Form G-325A that falsely stated that alien B.G. had been employed as a foreign legal consultant/researcher by KAF from January 2001 to August 5, 2002.

54. During the time period beginning in or about October 2000, and continuing to in or about January 2001, defendant KORENBERG paid rent for alien B.G.'s place of residence.

Alien C.G.

55. In or about August 2002, defendant KORENBERG interviewed alien C.G. for a job at KAF as a paralegal.

56. From in or about August 2002, and continuing to in or about February 2004, defendant KORENBERG and coconspirator attorney Abramowitz employed alien C.G. as a paralegal at KAF.

14

57. On or about August 28, 2002, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien C.G. that falsely stated that alien C.G. would be employed by KAF as a technical publications writer/public relations specialist, and paid at a rate of $17.30 per hour.

58. On or about August 23, 2002, defendant KORENBERG signed a job offer letter stating that alien C.G. would be employed by KAF as a technical publications writer/public relations specialist, and paid at a rate of $17.30 per hour.

59. On or about August 28, 2002, defendant KORENBERG knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien C.G. that falsely stated that alien C.G. would be employed by KAF as a technical publications writer/public relations specialist, and paid at a rate of $17.30 per hour.

60. During the time period beginning in or about August 2002, and continuing to in or about September 2002, defendant KORENBERG paid alien C.G. in cash.

Alien G.S.

61. In or about July 2002, defendant KORENBERG interviewed alien G.S. for a job at KAF as a paralegal.

62. From in or about July 2002, and continuing to in or about October 2002, defendant KORENBERG and coconspirator attorney Abramowitz employed alien G.S. as a paralegal at KAF.

63. On or about August 16, 2002, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien G.S. that falsely stated that alien G.S. would be employed by KAF as a human resource specialist, and paid at a rate of $18.48 per hour.

15

64. On or about August 14, 2002, defendant KORENBERG signed a job offer letter stating that alien G.S. would be employed by KAF as a human resource specialist, and paid at a rate of $18.48 per hour.

65. On or about August 16, 2002, defendant KORENBERG knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien G.S. that falsely stated that alien G.S. would be employed by KAF as a human resource specialist, and paid at a rate of $18.48 per hour.

Alien M.M.

66. In or about May 2002, defendant KORENBERG interviewed alien M.M. for a job at KAF as a legal assistant.

67. From in or about May or June 2002, and continuing to all times relevant to this Indictment, defendant KORENBERG and coconspirator attorney Abramowitz employed alien M.M. as a legal assistant at KAF.

68. On or about May 28, 2002, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien M.M. that falsely stated that alien M.M. would be employed by KAF as a management analyst, and paid at a rate of $20.46 per hour.

69. On or about May 24, 2002, defendant KORENBERG signed a job offer letter stating that alien M.M. would be employed by KAF as a management analyst, and paid at a rate of $20.46 per hour.

70. On or about May 28, 2002, defendant KORENBERG knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien M.M. that falsely stated that alien M.M. would be employed by KAF as a management analyst, and paid at a rate of

16

$20.46 per hour.

71. During the time period beginning in or about May 2002, and continuing to in or about June 2002, defendant KORENBERG paid alien M.M. in cash.

Alien C.R.

72. In or about September 2001, defendant KORENBERG interviewed alien C.R. for a job at KAF as a paralegal.

73. From in or about September 2001, and continuing to in or about October 2003, defendant KORENBERG and coconspirator attorney Abramowitz employed alien C.R. as a paralegal at KAF.

74. On or about October 25, 2001, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien C.R. that falsely stated that alien C.R. would be employed by KAF as a legal management consultant, and paid at a rate of $17.00 per hour.

75. On or about October 26, 2001, defendant KORENBERG signed a job offer letter stating that alien C.R. would be employed by KAF as a legal management consultant, and paid at a rate of $17.00 per hour.

76. On or about October 29, 2001, defendant KORENBERG knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien C.R. that falsely stated that alien C.R. would be employed by KAF as a legal management consultant, and paid at a rate of $17.00 per hour.

77. During the time period beginning in or about September 2001, and continuing to in or about January 2002, defendant KORENBERG paid alien C.R. in cash.

Alien A.R.

17

78.   In or about November 2001, defendant KORENBERG interviewed alien A.R. for a job at KAF as a paralegal.

79.   From in or about November 2001, and continuing to in or about February 2004, defendant KORENBERG and coconspirator attorney Abramowitz employed alien A.R. as a paralegal at KAF.

80.   On or about December 27, 2001, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien A.R. that falsely stated that alien A.R. would be employed by KAF as a human resource specialist, and paid at a rate of $23.67 per hour.

81.   On or about January 14, 2002, defendant KORENBERG signed a job offer letter stating that alien A.R. would be employed by KAF as a human resource specialist, and paid at a rate of $23.67 per hour.

82.   On or about January 18, 2002, defendant KORENBERG knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien A.R. that falsely stated that alien A.R. would be employed by KAF as a human resource specialist, and paid at a rate of $23.67 per hour.

83.   During the time period beginning in or about November 2001, and continuing to in or about April 2002, defendant KORENBERG paid alien A.R. in cash.

Alien A.T.

84.   In or about December 2002, defendant RODRIGUEZ interviewed alien A.T. for a job at KAF.

85.   From in or about January 2003, and continuing to in or about April 2003, defendant KORENBERG and coconspirator attorney Abramowitz employed alien A.T. as a paralegal at KAF's office in

18

San Francisco, California.

86. On or about January 10, 2003, coconspirator attorney Abramowitz knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien A.T. that falsely stated that alien A.T. would be employed by KAF as a foreign legal consultant/researcher, and paid at a rate of $14.00 per hour.

87. On or about January 7, 2003, coconspirator attorney Abramowitz signed a job offer letter stating that alien A.T. would be employed by KAF as a foreign legal consultant/researcher, and paid at a rate of $14.00 per hour.

88. On or about January 13, 2003, defendant RODRIGUEZ knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien A.T. that falsely stated that alien A.T. would be employed by KAF as a foreign legal consultant/researcher specialist, and paid at a rate of $14.00 per hour.

Alien O.L.

89. In or about November 2001, defendant KORENBERG and coconspirator Abramowitz interviewed alien O.L. for a job at KAF as a bookkeeper.

90. From in or about November 2001, and continuing to in or about April 2004, defendant KORENBERG and coconspirator attorney Abramowitz employed alien O.L. as a bookkeeper at KAF.

91. On or about February 27, 2002, defendant KORENBERG knowingly signed and caused to be filed with the DOL an ETA-9035 on behalf of alien O.L. that falsely stated that alien O.L. would be employed by KAF as an accountant, and paid at a rate of $19.80 per hour.

92. On or about January 3, 2002, defendant KORENBERG signed

19

a job offer letter stating that alien O.L. would be employed by KAF as an accountant, and paid at a rate of $19.80 per hour.

93.  On or about March 6, 2002, defendant KORENBERG knowingly signed and caused to be filed with the INS a Form I-129 on behalf of alien O.L. that falsely stated that alien O.L. would be employed by KAF as an accountant, and paid at a rate of $19.80 per hour.

94.  During the time period beginning in or about November 2001, and continuing to in or about August 2002, defendant KORENBERG paid alien O.L. in cash.

Rudolfo Moligaya

95.  On or about October 1, 2001, defendant RODRIGUEZ interviewed an INS Special Agent, acting in the undercover capacity of "Rudolfo Moligaya" ("Moligaya"), for purpose of obtaining H-1B visa.

96.  On or about October 3, 2001, defendant RODRIGUEZ knowingly signed and caused to be filed with the INS an I-539 for Moligaya which falsely stated that Moligaya had not been employed in the United States since last admitted.

//
//
//
//

20

COUNTS TWO THROUGH FIFTEEN

[18 U.S.C. §§ 1546(a), 2(b)]

On or about the dates set forth below, in Los Angeles County, within the Central District of California, defendant DANIEL E. KORENBERG knowingly subscribed as true, presented, and caused to be presented, to the Immigration and Naturalization Service, the following signed applications, petitions, and documents required by the immigration laws and regulations prescribed thereunder that contained false statements with respect to material facts:

| COUNT | DATE | ALIEN | PETITION/ DOCUMENT | FALSE STATEMENT |
|---|---|---|---|---|
| TWO | 3/7/01 | C.S. | I-129 & ETA-9035 | Job Position & Rate of Pay |
| THREE | 3/26/01 | M.L. | I-129 & ETA-9035 | Job Position & Rate of Pay |
| FOUR | 7/24/01 | J.S. | I-129 & ETA-9035 | Job Position & Rate of Pay |
| FIVE | 10/18/01 | R.D. | I-140 & ETA-750 | Rate of Pay |
| SIX | 10/29/01 | C.R. | I-129 & ETA-9035 | Job Position & Rate of Pay |
| SEVEN | 1/18/02 | A.R. | I-129 & ETA-9035 | Job Position & Rate of Pay |
| EIGHT | 1/29/02 | M.S. | I-140 & ETA-750 | Employment History |

21

| COUNT | DATE | ALIEN | PETITION/DOCUMENT | FALSE STATEMENT |
|---|---|---|---|---|
| NINE | 1/29/02 | M.L. | I-140 & ETA-750 | Employment History |
| TEN | 1/29/02 | T.B. | I-140 & ETA-750 | Employment History |
| ELEVEN | 2/8/02 | B.G. | I-140 & ETA-750 | Employment History |
| TWELVE | 3/6/02 | O.L. | I-129 & ETA-9035 | Job Position & Rate of Pay |
| THIRTEEN | 5/28/02 | M.M. | I-129 & ETA-9035 | Job Position & Rate of Pay |
| FOURTEEN | 8/16/02 | G.S. | I-129 & ETA-9035 | Job Position & Rate of Pay |
| FIFTEEN | 8/28/02 | C.G. | I-129 & ETA-9035 | Job Position & Rate of Pay |

COUNTS SIXTEEN THROUGH TWENTY

[18 U.S.C. §§ 1001, 2(b)]

On or about the following dates, in Los Angeles County, within the Central District of California and elsewhere, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Immigration and Naturalization Service ("INS"), defendant DANIEL E. KORENBERG knowingly and willfully made, and caused to be made, materially false and fraudulent statements and representations. More specifically, defendant DANIEL E. KORENBERG submitted, and caused to be submitted, to the INS the following Form I-485, Applications to Register Permanent Residence or Adjust Status and INS Forms G325A, Biographic Information, which falsely described the employment history for the following aliens hired to work at Korenberg, Abramowitz & Feldun as paralegals and legal assistants:

| COUNT | DATE | ALIEN | PETITION | FALSE STATEMENT |
|-------|------|-------|----------|-----------------|
| SIXTEEN | 3/12/02 | R.D. | I-485 & G-325A | Employment History |
| SEVENTEEN | 7/1/02 | M.L. | I-485 & G-325A | Employment History |
| EIGHTEEN | 7/1/02 | T.B. | I-485 & G-325A | Employment History |
| NINETEEN | 8/5/02 | B.G. | I-485 & G-325A | Employment History |
| TWENTY | 10/18/02 | M.S. | I-485 & G-325A | Employment History |

23

COUNTS TWENTY-ONE THROUGH THIRTY

[18 U.S.C. §§ 1001, 2(b)]

On or about the following dates, in Los Angeles County, within the Central District of California and elsewhere, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Immigration and Naturalization Service ("INS"), defendant DANIEL E. KORENBERG knowingly and willfully made, and caused to be made, materially false and fraudulent statements and representations. More specifically, defendant DANIEL E. KORENBERG submitted, and caused to be submitted, the following employment offer letters to the INS which falsely described the job positions and rates of pay for aliens hired to work at Korenberg, Abramowitz & Feldun as paralegals and legal assistants:

| COUNT | DATE | ALIEN | FALSE STATEMENT |
|---|---|---|---|
| TWENTY-ONE | 3/1/01 | M.L. | Job Position & Rate of Pay |
| TWENTY-TWO | 7/25/01 | J.S. | Job Position & Rate of Pay |
| TWENTY-THREE | 10/26/01 | C.R. | Job Position & Rate of Pay |
| TWENTY-FOUR | 1/3/02 | O.L. | Job Position & Rate of Pay |
| TWENTY-FIVE | 1/14/02 | A.R. | Job Position & Rate of Pay |
| TWENTY-SIX | 3/6/02 | R.D. | Rate of Pay |
| TWENTY-SEVEN | 5/24/02 | M.M. | Job Position & Rate of Pay |
| TWENTY-EIGHT | 8/14/02 | G.S. | Job Position & Rate of Pay |

24

| COUNT | DATE | ALIEN | FALSE STATEMENT |
|---|---|---|---|
| TWENTY-NINE | 8/23/02 | C.G. | Job Position & Rate of Pay |
| THIRTY | 10/15/02 | J.S. | Job Position & Rate of Pay |

COUNT THIRTY-ONE

[18 U.S.C. §§ 1001, 2(b)]

On or about October 3, 2001, in Los Angeles County, within the Central District of California and elsewhere, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Immigration and Naturalization Service ("INS"), defendant STEVEN JAMES RODRIGUEZ knowingly and willfully made, and caused to be made, materially false and fraudulent statements and representations. More specifically, defendant STEVEN JAMES RODRIGUEZ submitted, and caused to be submitted, a Form I-539 petition to the INS which falsely stated that "Rudolfo Moligaya" had not been employed in the United States since last admitted, when in truth and in fact, as defendant STEVEN JAMES RODRIGUEZ then well believed, "Rudolfo Moligaya" had been employed since last admitted to the United States.

COUNT THIRTY-TWO

[18 U.S.C. §§ 1001, 2(b)]

On or about January 13, 2002, in Los Angeles County, within the Central District of California and elsewhere, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Immigration and Naturalization Service ("INS"), defendant STEVEN JAMES RODRIGUEZ knowingly and willfully made, and caused to be made, materially false and fraudulent statements and representations. More specifically, defendant STEVEN JAMES RODRIGUEZ submitted, and caused to be submitted, an I-129 petition and an ETA-9035 to the INS which falsely described the job position for alien A.T. as a foreign legal consultant/researcher, with a rate of pay of $14.00 per hour, when in truth in fact, as defendant STEVEN JAMES RODRIGUEZ then well knew, alien A.T. was hired to work as a paralegal at Korenberg, Abramowitz & Feldun, and was paid a rate of pay of $13.00 per hour.

COUNT THIRTY-THREE

[18 U.S.C. §§ 1001, 2(b)]

On or about May 28, 2002, in Los Angeles County, within the Central District of California and elsewhere, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, the Immigration and Naturalization Service ("INS"), defendant DANIEL E. KORENBERG knowingly and willfully made, and caused to be made, materially false and fraudulent statements and representations. More specifically, defendant DANIEL E. KORENBERG submitted, and caused to be submitted, a letter on behalf of alien T.B. in support of an I-140 petition in which defendant DANIEL E. KORENBERG falsely stated that alien T.B. had not worked for Korenberg, Abramowitz & Feldun ("KAF") until August 2001, when in truth and in fact, as defendant DANIEL E. KORENBERG then well knew, alien T.B. had been working at KAF since approximately December 2000.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

MARY CARTER ANDRUES
Assistant United States Attorney
Chief, Public Corruption and
    Civil Rights Section

28