1

Stanley I. Greenberg
A Law Corporation
6080 Center Drive, Suite 800
Los Angeles, CA. 90045-1574
310/215-7509
Facsimile: 310/215-7736
State Bar No. 53649
Email: stanmanlaw@aol.com

2

3

4

5

Attorney for Defendant,
DANIEL E. KORENBERG.

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10

11

UNITED STATES OF AMERICA,               )        No. CR 07-00139-PA
                                        )
12

            Plaintiff,                  )        **ORDER AMENDING**
                                        )   **JUDGMENT AND COMMITMENT ORDER**
13

            vs.                         )
                                        )
14

DANIEL E. KORENBERG,                    )
                                        )
15

            Defendant.                  )
_____        )
16

17

18        Upon stipulation, and good cause appearing therefor,

19        IT IS HEREBY ORDERED that the Judgment and Commitment Order is

20   amended with respect to the fine of $750,000 so that the Amended Judgment and

21   Commitment Order will now read as follows:

22            "IT IS HEREBY ORDERED that defendant, DANIEL E.

23            KORENBERG, shall pay to the United States a total fine of

24            $750,000, consisting of the following:  Count 1, a fine of

25            $250,000; Count 10, a fine of $250,000; and Count 11, a

26            fine of $250,000.   The total fine shall bear interest as

27            required by law.  The total fine of $750,000 shall be paid as

28

Korenberg/S&O AMEND J&C-ORDER

1    follows:  $400,000 shall be paid on or before May 21, 2008;

2    and the remaining $350,000 shall be paid within 90 days

3    thereafter, not later than August 19, 2008."

4        DATED:  May 22, 2008

5

6    _____

7                PERCY ANDERSON
             U.S. District Court Judge

8    PRESENTED BY:

9    _____/s/_____
     STANLEY I. GREENBERG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Korenberg/S&O AMEND J&C-ORDER